UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

RE: Hector Montanez
Docket Number: 2:13CR00079-01
<u>**PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY**</u>

Your Honor:

Hector Montanez is requesting permission to travel to Rosarito, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 10, 2014, Hector Montanez was sentenced for the offense of 18 USC 922(g)(1) - Felon in Possession of a Firearm (Class C Felony).

**Sentence Imposed:** Mr. Montanez was sentenced to a 34-month term of imprisonment followed by a 36-month term of Supervised Release. Special conditions include: Search; Financial disclosure; Cognitive behavioral treatment; No gang associations.

**Dates and Mode of Travel:** With the Court's approval, Mr. Montanez will travel by car departing on May 25, 2017, and returning May 29, 2017.

**Purpose:** Mr. Montanez is requesting a travel permit for vacation purposes and will be traveling with his wife and three children. Should the Court approve his request, the Probation Officer would instruct Mr. Montanez to provide a detailed itinerary no later than three days prior to departure.

**RE:   Montanez, Hector**
      **Docket Number:  2:13CR00079-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Laura Weigel

Laura Weigel
Sr. United States Probation Officer

Dated:   May 17, 2017
         Modesto, California
         LMW/lr


**REVIEWED BY:** _____ for _____
**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:** May 18, 2017

_____
UNITED STATES DISTRICT JUDGE